No. 74–544. McGregor et al. v. United States. C. A. 8th Cir. Certiorari denied.

No. 74–545. Laborers' International Union of North America, AFL–CIO, Local 478 v. National Labor Relations Board. C. A. D. C. Cir. Certiorari denied.

No. 74–547. Kawasaki Motors Corp. v. Train, Administrator, Environmental Protection Agency, et al. C. A. 9th Cir. Certiorari denied.

No. 74–577. Feinberg v. United States. C. A. 7th Cir. Certiorari denied.

No. 74–591. Chip Steak Co., Inc., et al. v. Butz, Secretary of Agriculture, et al. C. A. 9th Cir. Certiorari denied.

No. 74–597. Minkin v. United States. C. A. 8th Cir. Certiorari denied.

No. 74–614. Nance et al. v. United States. C. A. 8th Cir. Certiorari denied.

No. 74–621. Named Individual Members of the San Antonio Conservation Society et al. v. Texas Highway Department et al. C. A. 5th Cir. Certiorari denied.

No. 74–641. Central National Life Insurance Co. v. International Union of Operating Engineers, Local No. 953 et al. C. A. 10th Cir. Certiorari denied.